State vs. Jones.

---

No. 11,129.

THE STATE OF LOUISIANA VS. FRANK JONES.

Same as in No. 11,128, State vs. Frank Jones.

A PPEAL from the Twenty-first District Court, Parish of St. Charles. Rost, J.

---

M. J. Cunningham, Attorney General, for the State, Appellee.

---

Hiddleston Kenner for Defendant and Appellant.

---

The opinion of the court was delivered by

McENERY, J.   The accused was convicted and sentenced for horse stealing.   He has appealed.   The defences in this case are the same as those in the case No. 11,128, just decided against the same defendant.

For the reason therein assigned the judgment is affirmed.